IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Plaintiff<br>United States of America<br>v. | Case No: 14 CR 135-3<br><br>Judge Virginia M. Kendall |
| Defendant<br>Karen Finley | |

### ORDER

(T:)
Motion for protective order [28] is granted. Motion for leave to appear pro hac vice [37] is granted.

Date: August 25, 2014                                    /s/ Virginia M. Kendall