# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Plaintiff<br>United States of America<br>v. | Case No: 14 cr 135-3<br><br>Judge: Virginia M. Kendall |
| Defendant<br>Karen Finley | |

## ORDER

(T:15)
Arraignment held. Defendant is informed of her rights. Defendant waives formal reading of the indictment. Defendant enters a plea of not guilty as to all counts. Pretrial motions by 10/24/2014. Responses by 11/7/2014. Replies by 11/14/2014. Ruling will be made by mail. Status hearing is set for 10/23/2014 @ 9:30 a.m. The Court waives the defendants presence at the next status hearing. Time is hereby excluded to 10/23/2014 pursuant to 18:3161(h)(7)(B)(iv).

Date: September 10, 2014                             /s/ Virginia M. Kendall