# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:14–cr–00135
                                                    Honorable Virginia M. Kendall

John Bills, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2015:

       MINUTE entry before the Honorable Virginia M. Kendall:as to Karen Finley, Status hearing held on 2/10/2015. The Court grants early return of trial subpoenas [64] as to Karen Finley (3). Jury Trial set for 10/26/2015 at 09:15 AM. for 2 weeks. Pretrial Conference set for 10/16/2015 at 1:00 pm. Status hearing set for 6/8/2015 at 09:30 AM. Jury instructions in 3 sets (1 agreed, 1 plaintiff, 1 defendant) by 9/28/2015. Motions in limine by 10/2/2015. Responses by 10/9/2015. 3500 materials to be turned over 4 weeks before trial. 404B and Santiago proffer should be turned over 2 weeks before trial. Defendant 608B request is denied. Witness list is due 2 weeks before trial. Time is hereby excluded to 6/8/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.