# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                               Case No.: 1:14–cr–00135

                                                       Honorable Virginia M. Kendall

John Bills, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Karen Finley, Status hearing held on 6/8/2015. Change of Plea Hearing set for 8/11/2015 at 9:45 AM. Time is hereby excluded to 8/11/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.