IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United State of America

Plaintiff(s),

v.

Karen Finley

Defendant(s).

Case No. 14 cr 135-3
Judge Virginia M. Kendall

## ORDER

(T:30)

Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty as to count fourteen (14). The Court enters judgment of guilty on the plea. No presentence investigation report is ordered at this time. Sentencing set for 2/18/2016 @ 9:45 a.m. Sentencing position papers by 2/4/2016. Responses/objections by 2/11/2016. Final pretrial conference set for 10/16/2015 and jury trial set for 10/26/2015 are stricken.

Date: 8/20/2015

_____
Virginia M. Kendall
United States District Judge